No. 918. COOK *v.* UNITED STATES. May 20, 1940. Petition for writ of certiorari to the Circuit Court of

Appeals for the Fifth Circuit denied. *Mr. William R. Watkins* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Maurice J. Mahoney,* and *Thomas E. Harris* for the United States.